UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECOM PRODUCTS GROUP
CORPORATION,

      Plaintiff/Counter-Defendant,

v.                                        Case No: 8:21-cv-1573-WFJ-AEP

MICHAEL COX,

      Defendant/Counter-Plaintiff.

_____/

## **ORDER**

      This matter comes before the Court on Plaintiff/Counter-Defendant ECOM Products Group Corporation ("ECOM")'s Motion to Strike Defendant/Counter-Plaintiff Michael Cox's Motion for Summary Judgment or, alternatively, for an extension of time to file a response to the same. Dkt. 55. Mr. Cox filed a response in opposition, in which he moves this Court to stay discovery and quash subpoenas issued by ECOM pending the resolution of his Motion for Summary Judgment. Dkt. 56. Upon consideration, the Court grants in part and denies in part ECOM's Motion to Strike. The Court further denies Mr. Cox's Motion to Quash and Stay Discovery.

      In May 2021, Florida corporation ECOM filed the present breach of contract suit against Mr. Cox, a former ECOM consultant, in Florida state court. Dkt. 1-1.

Thereafter, Mr. Cox removed the case to this Court, Dkt. 1, and ECOM filed an Amended Complaint in October 2021, Dkt. 26. In his Answer to the Amended Complaint, Mr. Cox brought counterclaims against ECOM. Dkt. 27.

On April 11, 2022, Mr. Cox filed a Motion for Summary Judgment on ECOM's claims. Dkt. 44. Roughly three weeks later, ECOM filed its present Motion to Strike the summary judgment motion. Dkt. 55. In moving to strike, ECOM contends that Mr. Cox failed to adhere to this Court's Case Management Order directing the parties to confer prior to filing any motions for summary judgment. *Id.* at 3–4. Alternatively, ECOM seeks additional time to respond to Mr. Cox's summary judgment motion, noting its plans to obtain additional discovery prior to the parties' discovery deadline of July 15, 2022. *Id.* at 4–5.

Though Mr. Cox did not confer with ECOM prior to filing his Motion for Summary Judgment as required by this Court's Case Management Order, the Court declines to strike Mr. Cox's motion on that technical basis.[1] The Court prefers to resolve this case on the merits. Because the parties' discovery deadline has not yet passed, the Court will not stay discovery or quash subpoenas issued by ECOM. With discovery set to conclude on July 15, 2022, the Court will allow ECOM to file a response to Mr. Cox's Motion for Summary Judgment on or before August 8,

---

[1] The Court acknowledges that Mr. Cox's attorney was mistakenly operating under Rule 3.01(g) of the Local Rules of the Middle District of Florida, which does not require parties to confer prior to the filing of a motion for summary judgment. Dkt. 56 at 2 n.1.

2

2022.

Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** ECOM's Motion to Strike, Dkt. 55. ECOM's motion is denied in that the Court declines to strike Mr. Cox's Motion for Summary Judgment. The motion is granted in that ECOM's deadline to respond to Mr. Cox's Motion for Summary Judgment is extended to August 8, 2022. Mr. Cox's motion to stay discovery and quash subpoenas issued by ECOM, Dkt. 56, is therefore **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on May 18, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record