UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-CV-01573-WFJ-AEP

ECOM PRODUCTS GROUP
CORPORATION, a Florida-For-Profit
Corporation,
        Plaintiff,
vs.

MICHAEL COX, an individual,

        Defendant.
_____/

## PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Plaintiff, ECOM Products Group Corporation ("Plaintiff"), respectfully requests this Court to stay all proceedings in this case pending the resolution of the Amended Motion to Withdraw as Counsel for Plaintiff (the "Amended Motion to Withdraw") [DE 64], and in support thereof state as follows:

The Amended Motion to Withdraw was filed on August 1, 2022. Peter T. Mavrick, Esq., Nathan A. Kelvy, Esq., Jordan D. Utanski, Esq., and the Mavrick Law Firm and its attorneys (collectively, "Counsel") are seeking to withdraw as counsel for Plaintiff pursuant to Local Rule 2.03. and 3.01(g) of the Middle District of Florida, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar. Counsel for Defendant, Michael Cox ("Defendant"), have advised that Defendant does not oppose the withdrawal of Counsel for Plaintiff, but opposes any extension of deadlines that would further delay this case.

On May 18, 2022, the Court entered an Order which, *inter alia,* extended Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment to August 8, 2022 [DE 57].

1

Trial in this matter is set for February 6, 2023, and the Dispositive Motion Deadline is September 16, 2022.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Courts enjoy broad discretion in deciding how to regulate discovery and manage the cases before them. *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997); *see Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990).

Defendant has filed his Motion for Summary Judgment, which is pending a response from Plaintiff. Therefore, Defendant will not be required to expend additional resources due to the withdrawal of Counsel. Moreover, Defendant does not object to the withdrawal of Counsel, just any extensions that will further delay this matter. Therefore, there will be no prejudice to Defendant if this matter is stayed pending the resolution of the Motion to Withdraw.

**WHEREFORE,** the Plaintiff respectfully requests that this Court enter an order staying all proceedings in this case pending the resolution of the Amended Motion to Withdraw.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion. Undersigned counsel conferred with counsel for Defendant, Sean W. Shirley and Geremy W. Gregory, who confirmed that Defendant has no objection to the withdrawal of Counsel but opposes any further delay in this matter.

BY: */s/ Nathan A. Kelvy*
       Nathan A. Kelvy

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by means of the Court's electronic filing system on August 4, 2022 on all counsel of record, including Defendant's counsel, Geremy W. Gregory, Esq., ggregory@balch.com; Chris Anulewicz, Esq., canulewicz@balch.com, and Sean W. Shirley, Esq., sshirley@balch.com.

    Respectfully submitted,

    Mavrick Law Firm
    Attorneys for Plaintiff
    *ECOM Products Group Corporation*
    Fort Lauderdale, Florida 33311
    Suite 300
    Telephone: (954) 564-2246
    Peter T. Mavrick, Esq.
    E-mail: peter@mavricklaw.com
    Nathan A. Kelvy, Esq.
    E-mail: nathan@mavricklaw.com

    BY: /s/ *Nathan A. Kelvy*
    Peter T. Mavrick
    Florida Bar No.: 0083739
    Nathan A. Kelvy
    Florida Bar No.: 0096815