UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECOM PRODUCT GROUP
CORPORATION,

    Plaintiff,
v.                                       Case No. 8:21-cv-1573-WFJ-AEP

MICHAEL COX,

    Defendant.
_____/

## ORDER OF DEFAULT

This cause came before the Court at the hearing held September 6, 2022, on an order to show cause. Dkt. 76 (notice of hearing). Plaintiff Ecom Product Group Corporation ("Ecom") failed to appear at the hearing—either through counsel or otherwise. Dkt. 77 (minutes). After careful consideration of the entire file and for the reasons stated on the record at the hearing, the Court enters a default against Plaintiff Ecom.

On August 12, 2022, the Court informed Plaintiff Ecom that corporations may only appear and be heard through counsel and cautioned that Ecom's failure to obtain new counsel by September 1, 2022, would be grounds for a "dismissal of the case either for failure to prosecute or based on the court's consideration of Defendant's motion for summary judgment." Dkt. 71 at 2. One week ago, Plaintiff Ecom was ordered to appear telephonically and show cause "why it should not be

defaulted for failure to retain counsel as ordered." Dkt. 75. Plaintiff failed to comply with either order.

Accordingly, the Court defaults Plaintiff Ecom Product Group Corporation for failure to prosecute this case and failure to defend against the counterclaim. The Court retains jurisdiction to consider any dispositive motions, including motions for final default judgment, filed by the Defendant.

**DONE AND ORDERED** at Tampa, Florida, on September 8, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record
Ecom Product Group Corporation, P.O. Box 10542, Tampa, Florida, 33786